# Court of Appeals
# of the State of Georgia

ATLANTA,  March 09, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0252. VALERIA SANDERS A/K/A VALERIA CRUZ A/K/A VALERIA MONTREZ SANDERS v. SUNNY ASSET LLC.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Valeria Sanders appealed to the superior court. On February 3, 2020, the superior court issued a writ of possession and judgment in favor of Sunny Asset, LLC. Proceeding pro se, Sanders filed a direct appeal, which was dismissed based on her failure to file an application for discretionary review as required under OCGA § 5-6-35 (a) (1). See Case No. A22A0485 (Dec. 6, 2021). Sanders then filed her first application for discretionary review, which we dismissed for lack of jurisdiction, noting that the application was not filed within seven days of the superior court's order. See Case No. A22D0188 (Jan. 6, 2022). Approximately six weeks later, Sanders filed the current application in which she once again seeks a discretionary appeal from the trial court's February 3, 2020 order. Relying on the January 6 dismissal order, Sunny Asset LLC has filed a motion to dismiss the application, asserting that this Court lacks jurisdiction. We agree.

As we explained in our order of December 6, in most cases, an application for discretionary review must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). Under OCGA § 44-7-56, however, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999); see also Court of Appeals Rule 31 (a). These requirements are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011).

See also *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016) (holding that an appellate court lacks jurisdiction over an untimely application for discretionary appeal). Sanders's current application was filed on February 14, 2022, more than twenty-three months after the superior court issued its order, and we therefore lack jurisdiction to consider it.

In light of the foregoing, Sunny Asset LLC's motion to dismiss is hereby GRANTED, and this application is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/09/2022_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*